February 25, 2014



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

SHEILA VOGEL, INDIVIDUALLY AND AS NEXT FRIEND OF SARA
VOGEL, A MINOR, Appellant

NO. 14-13-01110-CV                          V.

DARREN MILLER AND CHLOE MILLER, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 20, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sheila Vogel, Individually and as Next Friend of Sara Vogel, a Minor.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.